UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CEDRIC ADAMS** | * | CIVIL ACTION NO. 11-1466 |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **TARREN HAFFORD, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the oral motion for judgment on partial findings [Doc. No. 48] filed by Defendants Warden Harris, Captain Poche', and Tarren Hafford is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment is hereby entered in favor of Defendants Warden Harris, Captain Poche', Tarren Hafford, and the East Carroll Detention Center and against plaintiff Cedric Adams DISMISSING WITH PREJUDICE Plaintiff's claims in their entirety.

MONROE, LOUISIANA, this 12th day of March, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE